United States District Court
Southern District of Texas
**ENTERED**
January 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Mallard IP, LLC, | § | |
|       Plaintiff, | § § § | |
| versus | § § | Civil Action H-21-4207 |
| Systel, Inc., | § § | |
|       Defendant. | § § | |

## Extension Order

By February 25, 2022, Systel, Inc., must answer or otherwise respond to the complaint. (7)

Signed on January **24**, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge