In the United States District Court
Southern District of Texas
Houston Division

| | |
|---|---|
| Mallard IP, LLC | |
| v. | Civil Action No. 4:21-cv-04207 |
| Systel, Inc. | |

## Joint Motion to Stay Proceedings

1. Mallard IP, LLC has sued Systel, Inc., asserting patent infringement.

2. Systel's answer is currently due on February 25, 2022, and the Court has set an initial pretrial conference on March 14, 2022.

3. Systel denies Mallard IP's claims. Nevertheless, the parties believe they have reached an agreement in principle to resolve this dispute.

4. So that the parties may finalize their agreement—and not take up the Court's time, or incur additional legal costs in the process—the parties jointly request that the Court:

    (a)   cancel the March 14, 2022 initial pretrial conference; and

    (b)   stay the case for 45 days.

5. The parties expect to file a stipulation of dismissal with prejudice by then.

[signed on the next page]

Respectfully submitted,

/s/ Cortney S. Alexander
Papool S. Chaudhari
Texas Bar No. 24076978
PRA Law
2800 Bartons Bluff Lane #1902
Austin, TX 78746
(214) 702-1150
papool@pralawllc.com

Cortney S. Alexander
Admitted pro hac vice
GA Bar No. 142690
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022
cortneyalexander@kentrisley.com
Tel: (404) 855-3867
Fax: (770) 462-3299

**Attorneys for Plaintiff
Mallard IP, LLC**

/s/ Tarush R. Anand
Tarush R. Anand
Texas Bar No. 24055103
S.D. Tex. Bar No. 712010
tanand@mcglinchey.com
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Phone: (713) 520-1900
Fax: (713) 456-2196

**Attorney in Charge for
Defendant Systel, Inc.**

## Certificate of Service

    I certify that a true and correct copy of this document, together with any exhibits or attachments, is being served on all parties on February 24, 2022 in accordance with the Federal Rules of Civil Procedure.

    /s/ Tarush R. Anand
    Tarush R. Anand