In the United States District Court
Southern District of Texas
Houston Division

Mallard IP, LLC

v.  Civil Action No. 4:21-cv-04207

Systel, Inc.

## Order Staying Case

1. This case is stayed for 45 days.

2. The March 14, 2022 initial pretrial conference is cancelled.

3. Within 45 days, counsel must either (a) file a stipulation of dismissal with prejudice or (b) provide a status update.

Signed at Houston, Texas on _____, 2022.

_____
Lynn N. Hughes
United States District Judge